DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLINT NUGENT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-51

[March 15, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 06-9515CF10A.

Clint Nugent, Malone, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***